DANIEL LANGBERG, RESPONDENT, v. WILKINSON, GADDIS AND COMPANY, APPELLANT.

Submitted July 7, 1913—Decided November 17, 1913.

On appeal from the Supreme Court.

For the appellant, *Coult & Smith.*

For the respondent, *Charles Elin.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion promulgated by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, BERGEN, VOORHEES, KALISCH, VREDENBURGH, CONGDON, WHITE, TERHUNE, HEPPENHEIMER, JJ. 11.

*For reversal*—None.